IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP;<br><br>*Plaintiff,*<br><br>v.<br><br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator;<br><br>DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court;<br><br>*Defendants.* | Case No.: 3:22-cv-01007-MGL<br><br>**Plaintiff's Local Rule 26.01 Interrogatory Responses** |

Plaintiff South Carolina NAACP hereby responds to Local Rule 26.01 Interrogatories as follows:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: None.**

B. As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiffs seek equitable relief, which should be tried to the Court.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify, (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

1

parent and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:  No plaintiff is a publicly-owned company.  Additionally, no plaintiff has a parent corporation or any stockholders.**

  D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01 (D.S.C.).

**RESPONSE:   Plaintiffs filed this case in the Columbia Division because the defendants engage in their official responsibilities in the Columbia division and a substantial part of the events or omissions giving rise to the claims occurred in the Columbia division.**

  E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide, (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:  No.**

  (F) [Defendants only.]  If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:  N/A**

(G)     [Defendants only.]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE:  N/A**

Dated: March 30, 2022

Respectfully Submitted,

*/s/ D. Allen Chaney Jr.*

| | |
|---|---|
| Allen Chaney | Joseph Schottenfeld* |
| Fed. Id. 13181 | Martina Tiku* |
| ACLU of South Carolina | NAACP |
| P.O. Box 1668 | Office of General Counsel |
| Columbia, SC 29202 | 4805 Mt. Hope Drive |
| (843) 282-5973 | Baltimore, MD 21215 |
| achaney@aclusc.org | jschottenfeld@naacpnet.org |
| | mtiku@naacpnet.org |

Esha Bhandari*
Sandra S. Park*
Laura Moraff*
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
ebhandari@aclu.org
spark@aclu.org
lmoraff@aclu.org


* *pro hac vice motion forthcoming*

*Counsel for Plaintiff*