AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; <br><br> _Plaintiff(s)_ <br><br> v. <br><br> TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator; DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court; <br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.     3:22-cv-01007-MGL

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Donald Beatty
Chief Justice of the South Carolina Supreme Court
Supreme Court
1231 Gervais Street
Columbia, SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Allen Chaney (Fed. Id. 13181)
ACLU of South Carolina
P.O. Box 1668
Columbia, SC 29202
(843) 282-5973

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
_CLERK OF COURT_



Date:     3/30/2022

s/Charles L. Bruorton
_Signature of Clerk or Deputy Clerk_