AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP<br>*Plaintiff*<br>v.<br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator; DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court<br>*Defendant* | Case No. 3:22-cv-01007-MGL |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator  DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court .

Date: May 28, 2022

s/ Steven R. Spreeuwers
*Attorney's signature*

Steven R. Spreeuwers, Fed. ID # 11766
*Printed name and bar number*

Post Office Box 1149
Columbia, South Carolina 29202
*Address*

steve@crowelafave.com
*E-mail address*

803-399-9970
*Telephone number*

*FAX number*