# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator;<br><br>DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court,<br><br>　　　　Defendants. | C/A No.: 3:22-cv-01007-MGL<br><br><br>**MOTION<br>FOR EXTENSION** |

　　　　Defendants Tonnya K. Kohn and Donald W. Beatty, by and through their undersigned counsel, and with the consent of the Plaintiff, hereby move for an Order pursuant to Rule 6, Fed. R. Civ. P. and/or Local Civ. Rule 6.01 (D.S.C.) extending the time in which Defendants may answer, move, or otherwise plead to July 8, 2022.

　　　　This matter was originally filed March 30, 2022. Thereafter, the Defendants executed a waiver of service, making the date by which an answer or motion was due May 31, 2022. *See* ECF No. 6. During that period, the parties engaged in several conversations and conference calls to discuss the matters at issue in this case, but no resolution could be reached.

　　　　Additionally, the undersigned counsel have been recently retained and need additional time in which to get familiar with the issues in this case and prepare a responsive pleading and/or motion. However, the undersigned counsel have trial obligations and pre-planned trips scheduled during the month of June that will cause some delay.

2

Therefore, Defendants respectfully request that the date by which they must answer or move be extended from May 31, 2022 by 38 days to July 8, 2022. Plaintiff has graciously consented to this requested extension.

                                              Respectfully submitted,

                                              CROWE LAFAVE, LLC

BY:    *s/ Steven R. Spreeuwers*
           ROBERT D. GARFIELD
           Federal I.D. No. 7799
           STEVEN R. SPREEUWERS
           Federal I.D. No. 11766
           Post Office Box 1149
           Columbia, South Carolina 29202
           T: (803) 399-9970
           F: (803) 848-8157
           robert@crowelafave.com
           steve@crowelafave.com

*Counsel for the Defendants*

Columbia, South Carolina
May 28, 2022