# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| South Carolina State Conference of the NAACP, ) ) Plaintiff, ) ) v. ) ) Tonnya K. Kohn, in her official capacity as South Carolina State Court Administrator; Donald W. Beatty, in his official capacity as Chief Justice of the South Carolina Supreme Court, ) ) Defendants. ) | Civil Action No. 3:22-1007-MGL  **NOTICE OF APPEARANCE** |

The undersigned counsel for the Defendants hereby gives notice of appearance to the Plaintiff and to all counsel of record. The undersigned counsel will represent the Defendants in conjunction with their current counsel of record.

LINDEMANN & DAVIS, P.A.

BY: *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN         #5070
5 Calendar Court, Suite 202
Post Office Box 6923
Columbia, South Carolina 29260
(803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendants*

July 9, 2022