# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP;<br><br>*Plaintiff*,<br><br>v.<br><br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator;<br><br>DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court;<br><br>*Defendants*. | Case No.: 3:22-cv-01007-MGL<br><br>**CONSENT MOTION TO EXTEND TIME** |

Plaintiff, with the consent of counsel for Defendants, hereby moves for an extension of time in which to respond to Defendants' Motion to Dismiss, ECF No. 12. Plaintiff requests 20 additional week days, which would extend the deadline from July 22, 2022 until August 19, 2022.

Plaintiff's Complaint was served on Defendants on or about April 1, 2022. Defendants were granted an Extension of Time to File Answer on May 31, moving the deadline from May 31, 2022 to June 13, 2022. Defendants filed their Motion to Dismiss on July 8, 2022.

Because of counsel's paternity leave and other ongoing litigation matters, Plaintiff needs additional time in which to prepare the response to Defendants' Motion to Dismiss. Counsel for Defendants has graciously consented to this extension request.

Plaintiff accordingly asks that the Court extend the deadline for response to the Motion to Dismiss **until August 19, 2022**. No other dates from the Court's scheduling order will be affected.

1

Dated: July 21, 2022

Respectfully submitted,

*D. Allen Chaney Jr.*
_____
Allen Chaney, (Fed. No. 13181)
ACLU of South Carolina
P.O. Box 1668
Columbia, SC 29202
T: (843) 282-5973
E: achaney@aclusc.org

Joseph Schottenfeld
Martina Tiku
NAACP Office of General Counsel
4805 Mt. Hope Drive
Baltimore, MD 21215
jschottenfeld@naacpnet.org
mtiku@naacpnet.org

Esha Bhandari
Sandra S. Park
Laura Moraff
American Civil Liberties Union
Speech, Privacy, and Technology Project
125 Broad Street
New York, NY 10004
ebhandari@aclu.org
spark@aclu.org
lmoraff@aclu.org

*Attorneys for Plaintiff*