UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
( __COLUMBIA__ DIVISION)

SANDRA PARK

| | | |
|---|---|---|
| South Carolina State Conference of the NAACP, | ) | Case No. __3:22-cv-01007-MGL__ |
| Plaintiff/Petitioner/USA, | ) | |
| v. Tonnya K. Kohn, in her official capacity as South Carolina State Court Administrator; Donald W. Beatty, in his official capacity as Chief Justice of the South Carolina Supreme Court, | ) ) ) ) | **Motion** **in Support of** *Pro Hac Vice* **Application** |
| Defendant/Respondent. | ) ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that __SANDRA PARK__ be admitted *pro hac vice* in the above-captioned case as associate counsel.

As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☑ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☑ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| American Civil Liberties Union of South Carolina | Allen Chaney |
| Firm Name | Name of Local Counsel |
| P.O. Box 1668 | *D. Allen Chaney Jr.* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, SC 29202 | Local Counsel for the __Plaintiff__ |
| City, State, Zip Code | |
| (843) 282-5973 | District of South Carolina |
| Telephone Number | Federal Bar Number __13181__ |
| achaney@aclusc.org | |
| E-Mail Address | revised 09/19/05 |