# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ( __COLUMBIA__ DIVISION)

__South Carolina State Conference of the NAACP__,  )
Plaintiff/Petitioner/USA,                          )    Case No. __3:22-cv-01007-MGL__
                                                   )
v.  Tonnya K. Kohn, in her official capacity as South Carolina State Court  )
    Administrator; Donald W. Beatty, in his official capacity as Chief      )    **Application/Affidavit for**
    Justice of the South Carolina Supreme Court,                            )    ***Pro Hac Vice* Admission**
                                                   )
Defendant/Respondent.                              )
                                                   )

(1)   Name.  __Sandra__          __Shin-Young__                __Park__
               First                 Middle                     Last

(2)   Residence. I reside in the following state: __New York__
      If a South Carolina resident, indicate months/years of residence: _____

(3)   Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

      Firm name:          __American Civil Liberties Union Foundation__
      Mailing address:    __125 Broad Street, 18th Floor__     City/State/Zip __New York, NY 10004__
      Telephone number:   __(212) 519-7871__
      Facsimile number:   __(212) 549-2654__
      E-mail address:     __spark@aclu.org__
      (Application will not be considered without an e-mail address to receive electronic notification.)

(4)   Jurisdiction of this Court. I, by execution of this Application and Affidavit**,** consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)   Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of __New York__ where I regularly practice law. **Attached is my certificate of good standing.**

(6)   Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| **Court** | **Date Admitted** | **Good Standing** |
|---|---|---|
| Please refer to attached list of court admissions. | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? .................................................... ☐ Yes  ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes  ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes  ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes  ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

| | |
|---|---|
| Attorney Name: | Allen Chaney (Fed. Id. 13181) |
| Firm Name: | American Civil Liberties Union of South Carolina |
| Street Address or Post Office Box: | P.O. Box 1668 |
| City, State, and Zip Code: | Columbia, SC 29202 |
| Telephone Number: | (843) 282-5973 |
| E-Mail Address: | achaney@aclusc.org |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
Aside from local counsel designated above, the undersigned is also associated with Esha Bhandari and Laura Moraff of the American Civil Liberties Union Foundation and Joseph Schottenfeld and Martina Tiku of the NAACP Office of General Counsel, all of whom are pursuing pro hac vice admission to this Court.

(14) Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
SOUTH CAROLINA STATE CONFERENCE OF THE NAACP

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

Sworn to and subscribed before me
this 30th day of March, 2022.

_____
A Notary Public
of the State of Virginia

My Commission expires: 12-31-23

QUINCY BAGGETT
NOTARY PUBLIC
REGISTRATION # 7843814
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2023

Attachment responding to (6) Additional Bar Membership for PHV Application of Sandra Park.

| COURT | DATE ADMITTED | GOOD STANDING? (Y/N) |
|---|---|---|
| Supreme Court of New Jersey | 12/30/2002 | Y |
| New York Appellate Div., Second Judicial Dept. | 05/07/2003 | Y |
| U.S. Supreme Court | 06/28/2010 | Y |
| U.S. Court of Appeals for the Second Circuit | 04/27/2006 | Y |
| U.S. Court of Appeals for the Third Circuit | 04/10/2018 | Y |
| U.S. Court of Appeals for the Fifth Circuit | 04/30/2021 | Y |
| U.S. Court of Appeals for the Eleventh Circuit | 04/30/2018 | Y |
| U.S. Court of Appeals for the Federal Circuit | 06/11/2020 | Y |
| U.S. Court of Appeals for the DC Circuit | 02/28/2019 | Y |
| U.S.D.C. E.D.Mich. | 11/28/2007 | Y |
| U.S.D.C. E.D.N.Y. | 09/15/2003 | Y |
| U.S.D.C. S.D.N.Y. | 08/19/2003 | Y |
| Virginia State Bar | 11/01/2021 | Y |