<strong>IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF SOUTH CAROLINA<br>
COLUMBIA DIVISION</strong>

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>               Plaintiff,<br><br>v.<br><br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator;<br><br>DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court,<br><br>               Defendants. | C/A No.: 3:22-cv-01007-MGL<br><br><br><br><br><strong>JOINT 26f REPORT, DISCOVERY PLAN, AND RESPONSES TO RULE 26.03 INTERROGATORIES</strong> |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 is below.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

1

| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| *s/ David Allen Chaney, Jr.*<br>*Signature of Plaintiff's Counsel*<br>D. Allen Chaney, Jr., Fed ID 13181<br>ACLU of South Carolina<br>Post Office Box 1668<br>Columbia, SC  29202<br>Tel:  843-282-5973<br>achaney@aclusc.org<br><br>David Allen Chaney, Jr., Counsel for Plaintiff<br>*Printed Name of Plaintiff's Counsel*<br>*and Party Represented* | *s/ Steven R. Spreeuwers*<br>*Signature of Defendants' Counsel*<br>Robert D. Garfield, Fed ID No. 7799<br>Steven R. Spreeuwers, Fed ID No. 11766<br>Crowe Lafave, LLC<br>2019 Park Street<br>Columbia, SC  29201<br>Tel:  803-999-1225<br>robert@crowelafave.com<br>steve@crowelafave.com<br><br>*s/ Rachel M. Hutchens*<br>*Signature of Defendants' Counsel*<br>Rachel H. Hutchens, Fed ID 12696<br>Robinson Gray Stepp & Laffitte LLC<br>Post Office Box 11449<br>Columbia, SC  29211<br>Tel:  803-929-1400<br>rhutchens@robinsongray.com<br><br>Steven R. Spreeuwers, Counsel for Defendants<br>*Printed Name of Defendants' Counsel*<br>*and Party Represented*<br><br>Rachel M. Hutchens, Counsel for Defendants<br>*Printed Name of Defendants' Counsel*<br>*And Party Represented* |
| *Dated:* August 15, 2022 | *Dated:* August 15, 2022 |