# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>    Plaintiff,<br><br>v.<br><br>TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator;<br><br>DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court,<br><br>    Defendants. | C/A No.: 3:22-cv-01007-MGL<br><br><br><br>**MOTION<br>FOR EXTENSION** |

Defendants Tonnya K. Kohn and Donald W. Beatty, by and through their undersigned counsel, and with the consent of the Plaintiff, hereby move for an Order pursuant to Rule 6, Fed. R. Civ. P., Local Civ. Rule 6.01 (D.S.C.), and/or Local Civ. Rule 7.07 extending the time in which Defendants may file a reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 26) by seven (7) days from Friday, August 26, 2022 to Friday, September 2, 2022. This is the first extension requested for this deadline and would not affect any other deadlines.

This motion is based on the fact that the undersigned counsel will be traveling out of state prior to and on the day of the current deadline due to a death in the family and because he has previously scheduled pre-trial deadlines in another federal matter during the early part of next week (in *Webb v. Lott*, 3:19-cv-02031-CMC).

Therefore, Defendants respectfully request that the date by which they must file any reply to Plaintiff's response be extended by seven (7) days from Friday, August 26, 2022 to Friday, September 2, 2022.

Respectfully submitted,

CROWE LAFAVE, LLC

BY:   *s/ Steven R. Spreeuwers*
ROBERT D. GARFIELD
Federal I.D. No. 7799
STEVEN R. SPREEUWERS
Federal I.D. No. 11766
Post Office Box 1149
Columbia, South Carolina 29202
T: (803) 399-9970
F: (803) 848-8157
robert@crowelafave.com
steve@crowelafave.com

*Counsel for the Defendants*

August 23, 2022