UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
( COLUMBIA DIVISION)

The South Carolina State Conference
Of the NAACP
_____,  )
Plaintiff/Petitioner/USA,           )   Case No. __3:22-cv-01007-MGL__
                                    )
v.                                  )
                                    )
Tonya Kohn;                         )         **Motion**
Donald Beatty                       )       **in Support of**
_____,  )    *Pro Hac Vice* **Application**
Defendant/Respondent.               )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Laura Moraff** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
   ☑ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☑ does not intend to oppose
   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____
   
   ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| American Civil Liberties Union Foundation | Allen Chaney |
| Firm Name | Name of Local Counsel |
| 125 Broad St., 18th Floor | *D. Allen Chaney Jr.* |
| Street Address or Post Office Box | Signature of Local Counsel |
| New York, NY 10004 | Local Counsel for the __Plaintiff__ |
| City, State, Zip Code | |
| (212) 549-2500 | District of South Carolina |
| Telephone Number | Federal Bar Number __13181__ |
| lmoraff@aclu.org | |