# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### (COLUMBIA DIVISION)

South Carolina State Conference of NAACP, )
Plaintiff/Petitioner/USA, )   Case No. 3:22-cv-1007-MGL
)
v. )   **Motion in Support of *Pro Hac Vice* Application**
Tonnya Kohn, Donald Beatty, )
Defendant/Respondent. )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Joseph Schottenfeld be admitted *pro hac vice* in the above-captioned case as associate counsel.

As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

   [☑] Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [☑] does not intend to oppose

   [ ] Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____

   [ ] No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| ACLU of South Carolina | Allen Chaney |
| Firm Name | Name of Local Counsel |
| Post Office Box 1668 | *D. Allen Chaney Jr.* |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, SC 29202 | Local Counsel for the Plaintiff |
| City, State, Zip Code | |
| (864) 372-6681 | District of South Carolina |
| Telephone Number | Federal Bar Number 13181 |
| achaney@aclusc.org | |
| E-Mail Address | revised 09/19/05 |