**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF NAACP;<br><br>*Plaintiff*,<br><br>v.<br><br>TONNYA KOHN; in her official capacity as South Carolina State Court Administrator;<br><br>DONALD BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court;<br><br>*Defendants*. | Case No. 3:22-cv-1007-MGL<br><br>**Status Report re Discovery** |

Plaintiff South Carolina State Conference of NAACP (South Carolina NAACP) respectfully informs the Court of the following:

1. The Parties conferred following their November 30, 2022 discovery conference with the Court. Counsel for Defendants represented that they will respond in writing to Plaintiff's First Request for Production on or before January 3, 2023.

2. Based on that representation, Plaintiff will not immediately file a motion to compel.

3. Plaintiff reserves its right to move to compel production of documents requested in its First Request for Production based on the responses received on or by January 3, 2023.

4. The Parties have conferred regarding this filing and Defendants consent to the representations made herein.

1

Respectfully Submitted,

Dated: December 1, 2022

| **ACLU of South Carolina** | **NAACP** |
|---|---|
| /s/ Allen Chaney | Joe Schottenfeld* |
| Allen Chaney | Martina Tiku* |
| Fed. Id. 13181 | 4805 Mt. Hope Drive |
| P.O. Box 1668 | Baltimore, MD 21215 |
| Columbia, SC 29202 | Tel.: (410) 580-5777 |
| Tel.: (864) 372-6681 | jschottenfeld@naacpnet.org |
| achaney@aclusc.org | mtiku@naacpnet.org |

**American Civil Liberties Union Foundation**

Esha Bhandari (admitted *pro hac vice*)
Sandra S. Park (admitted *pro hac vice*)
Laura Moraff (admitted *pro hac vice*)
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
ebhandari@aclu.org
spark@aclu.org
lmoraff@aclu.org

*Attorneys for Plaintiff South Carolina NAACP*