# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> Plaintiff, <br><br> v. <br><br> TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator; <br><br> DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court, <br><br> Defendants. | C/A No.: 3:22-cv-01007-MGL <br><br><br> **CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER** |

CONSENT:

    The attached proposed Confidentiality Order is requested:

    G    by consent of all parties.

CONTENT:

    The attached proposed Confidentiality Order:

    G    has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

**WE SO CONSENT**                                **WE SO MOVE**

       **PLAINTIFF(S)**                            **DEFENDANT(S)**

  *s/ David Allen Chaney, Jr.*               *s/ Steven R. Spreeuwers*
*Signature of Plaintiff's Counsel*          *Signature of Defendants' Counsel*

<u>David Allen Chaney, Jr., Counsel for Plaintiff</u>
*Printed Name of Plaintiff's Counsel
and Party Represented*

<u>Steven R. Spreeuwers, Counsel for Defendants</u>
*Printed Name of Defendants' Counsel
and Party Represented*

*Dated:* January 4, 2023

*Dated:* January 4, 2023