# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SOUTH CAROLINA STATE CONFERENCE OF THE NAACP, <br><br> Plaintiff, <br><br> v. <br><br> TONNYA K. KOHN, in her official capacity as South Carolina State Court Administrator; <br><br> DONALD W. BEATTY, in his official capacity as Chief Justice of the South Carolina Supreme Court, <br><br> Defendants. | C/A No.: 3:22-cv-01007-MGL <br><br><br> **JOINT MOTION TO EXTEND *RUBEN* ORDER (ECF No. 52)** |

Pursuant to this Court's order on May 31, 2023, the parties in the instant action have until the end of the day on July 31, 2023 to consummate their settlement agreement. *See* ECF No. 52. At present, the parties are diligently working to resolve their differences with respect to one material settlement term that Plaintiff and Defendants understood to encompass different requirements. Accordingly, the parties respectfully and jointly request a 21-day extension to this Court's deadline to dismiss this case with prejudice, such that the parties can finalize their settlement agreement.

[*signature blocks on following page*]

| | |
|---|---|
| Dated:  July 31, 2023 | Respectfully submitted, |
| *s/ Allen Chaney* | |
| Allen Chaney | Joe Schottenfeld* |
| Fed. Id. 13181 | Martina Tiku* |
| ACLU Foundation of South Carolina | NAACP |
| P.O. Box 1668 | 4805 Mt. Hope Drive |
| Columbia, SC 29202 | Baltimore, MD 21215 |
| Tel.: (843) 282-7953 | Tel.: (410) 580-5777 |
| achaney@aclusc.org | jschottenfeld@naacpnet.org |
| | mtiku@naacpnet.org |

Esha Bhandari*
Sandra S. Park (admitted *pro hac vice*)
Laura Moraff*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
ebhandari@aclu.org
spark@aclu.org
lmoraff@aclu.org

*Application for admission *pro hac vice* pending

***Attorneys for Plaintiff***


*s/ Steven R. Spreeuwers*
Steven R. Spreeuwers, Fed. ID No. 11766
CROWE LAFAVE, LLC
2019 Park Street
Columbia, SC 29201
Tel.: (803) 999-1225
steve@crowelafave.com

***Attorney for Defendants***